UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ANNETTE ROGERS-ANDREWS, | ) | **JUDGMENT** |
| Plaintiff | ) | Master Case No. 5:09-MD-1500-JG |
| v. | ) | Case No. 4:09-CV-58-BR |
| | ) | |
| | ) | |
| DOLGENCORP, INC., | ) | |
| Defendant | ) | |

**Decision by Court.**
**This case came before the Honorable W. Earl Britt, Senior United States District Judge for consideration of the defendant's motion for summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court grants Dollar General's motion for summary judgment and this case is closed.**

This Judgment Filed and Entered on January 21, 2011 with service on:

C. Lance Gould (via cm/ecf Notice of Electronic Filing)
Michelle Price Massingale (via cm/ecf Notice of Electronic Filing)
Roman a. Shaul (via cm/ecf Notice of Electronic Filing)
Joel S. Allen (via cm/ecf Notice of Electronic Filing)
John d. Bosco (via cm/ecf Notice of Electronic Filing)
Kevin Scott Joyner (via cm/ecf Notice of Electronic Filing)
Ronald E. Manthey (via cm/ecf Notice of Electronic Filing)

Date: January 21, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk