IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 5:09-MD-1500

IN RE: DOLLAR GENERAL STORES §
FLSA LITIGATION §
§ EXHIBIT A- CONFIDENTIAL
§ DAMAGE EVALUATIONS
§
§

| Plaintiff | Defendant's Calculated Potential Unliquidated Damages Range Per Fluctuating Workweek Method (based on 45-60 hours per week) |
|---|---|
| Melvin Andrews | $1,017-$3,050 |
| Larry Ballard | $0 * |
| Wanda Basnight | $353-$1,058 |
| Delphine Boone | $8,956-$26,868 |
| Thomas Boos | $0 * |
| Donald Civils | $611-$1,833 |
| Dawn DiMascio | $408-$1,225 |
| Brenda Dixon | $1,104-$3,313 |
| Tony Draughon | $0 * |
| Allen Faircloth | $1,467-$4,400 |
| Sharon Goodwin | $0 * |
| Tonya Gore | $1,306-$3,917 |
| Naomi Grabowski | $1,678-$5,034 |
| Shelia Harper | $0 * |
| Rose Herring | $0 * |



| Plaintiff | Defendant's Calculated Potential Unliquidated Damages Range Per Fluctuating Workweek Method (based on 45-60 hours per week) |
|---|---:|
| Bernis Holmes | $3,017-$9,051 |
| Sandra Hunt | $0 * |
| Shirley Kelly-Savage | $0 * |
| Harold Leigh | $1,215-$3,646 |
| Valerie Mack | $152-$455 |
| Carmen Ortiz | $0 * |
| Kenneth Price | $4,848-$14,543 |
| Barbara Simmons | $1,011-$3,032 |
| Patricia Sparks | $2,027-$6,080 |
| Deborah Suggs | $2,027-$6,080 |
| Peggy Van Ostran | $10,395-$31,184 |
| Tasha Whitfield | $229-$687 |

\* Plaintiffs' claims are time barred based on the applicable 2-year statute of limitations.